**512**

175 A.3d 145

**LITTY**

v.

**ISLAND BOATS**

**Pet. Docket No. 319, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

(No. C–17–CV–17–000079, Circuit Court for Queen Anne's County.)

Petition for writ of certiorari dismissed

175 A.3d 145

**MATTHEWS, Elroy, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 354, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 2873, Sept.Term, 2014).

Petition for writ of certiorari denied